UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 15-9577-DMG (Ex)** | Date | May 18, 2016 |
|---|---|---|---|

| Title | *Antech Diagnostics, Inc. v. Stamford Veterinary Center, et al.* | Page | **1** of **1** |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED PURSUANT TO THE AUTOMATIC BANKRUPTCY STAY (11 U.S.C. § 362(a))**

On May 5, 2016, Plaintiff Antech Diagnostics, Inc. filed a status report indicating that Defendants Stamford Veterinary Center and Marcus Suppo have filed Chapter 7 petitions for relief in Bankruptcy Court in the District of Connecticut [Doc. # 13].

IT IS ORDERED that Plaintiff show cause in writing by **May 25, 2016**, why this action should not be stayed pursuant to the automatic bankruptcy stay (11 U.S.C. § 362(a)). Failure to file a timely response shall be deemed consent to the granting of such a stay.